# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 689-2155 (fax)
msteger@steger-law.com
www.steger-law.com

May 15, 2020

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:  *Prokos v. Mont Morris, LLC*, *et al*; Case No. 20-cv-2323

Dear Judge Castel:

      I represent Andrew Prokos in this copyright infringement matter.  Im am writing to request an adjournment of the Rule 16 conference currently scheduled for May 26th at 11:30 am.  This is my first request for an adjournment.

      I filed the complaint in this action on March 16th.  In an attempt to avoid personal expense during the current health emergency I mailed waiver of service documents and the complaint to Defendant Mont Morris LLC on March 27th.  Defendant has not returned the waiver of service or otherwise acknowledged deliver of the documents.

      I effected service of the summons and complaint through the New York Secretary of State on May 12th.  Defendant's responsive pleading is due on June 11th (not June 2nd as automatically calculated by the ECF system).  Accordingly, I request that the Court adjourn the conference to a date after June 11th to allow time for Defendant to respond to the complaint.

      Thank you for your consideration of this request.

      Sincerely yours,
      /s/ Michael D. Steger
      Michael D. Steger

Conference adjourned fro May 26, 2020 to June 29, 2020 at 12:30pm. No later than seventy-two hours before the conference, plaintiff(s)' counsel shall: (a) docket a letter on ECF to the Court with copy to all opposing counsel containing the call-in information and email the letter to castelnysdchambers@nysd.uscourts.gov; and (b) for an initial pretrial conference, email a copy of the agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov.

SO ORDERED.
May 15, 2020

P. Kevin Castel
United States District Judge