# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)
msteger@steger-law.com
www.steger-law.com

Conference adjourned from June 29, 2020 to September 14, 2020 at 2:00pm.

June 22, 2020

**VIA ECF**

SO ORDERED.

June 22, 2020

Hon. P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

P. Kevin Castel
United States District Judge

Re:  *Prokos v. Mont Morris, LLC, et al*; Case No. 20-cv-2323-PKC

Dear Judge Castel:

I represent Andrew Prokos in this copyright infringement matter.  I am writing to request that the Court adjourn the Rule 16 conference currently scheduled for June 29th at 12:30 pm. (Dkt. No. 12).

Defendant Mont Morris LLC has not responded to the complaint.  Plaintiff requested the entry of Defendant's default of June 15th (Dkt. No. 13), and the certificate of default was entered on June 15th (Dkt. No. 15).

I anticipate filing a motion for default judgment within the next 30 days.

Thank you for your consideration of this request.

Sincerely yours,
/s/ Michael D. Steger
Michael D. Steger