**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANDREW PROKOS,

               Plaintiff,

                                     20 **CIVIL** 2323 (PKC)

    -against-                       **DEFAULT JUDGMENT**

MONT MORRIS, LLC and DOES 1-10,
               Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated September 30, 2020, Plaintiff's motion for entry of default judgment is GRANTED and judgment is entered for the plaintiff in the amount of $25,000 in damages, plus $4,673 in attorneys' fees and $475 in costs, for a total amount of $30,148; accordingly, the case is closed.

**DATED**: New York, New York
          September 30, 2020

                                               **RUBY J. KRAJICK**
                                                  _____
                                                    **Clerk of Court**
                                  **BY:** _K. Mango_____
                                                    **Deputy Clerk**