*At plaintiff-movant's request (ECF 26) the motion (ECF 25) is deemed withdrawn and terminated*

*SO ORDERED*

*[signature]*
*USDJ*
*5-22-23*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW PROKOS,
    Plaintiff and Judgment Creditor,

-against-

MONT MORRIS, LLC, and DOES 1-10,
    Defendants and Judgment Debtors,

NEWFOLD DIGITAL, INC.,
    Third-Party Witness.

Case No. 1:20-cv-02323-PKC

**PLAINTIFF'S NOTICE OF MOTION TO COMPEL THIRD-PARTY WITNESS' RESPONSE TO INFORMATION SUBPOENA**

---

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 10, 2023, Plaintiff and Judgment Creditor Andrew Prokos will, through counsel, move this Court, pursuant to Federal Rules of Civil Procedure 69, for an order compelling Third-Party Witnesses Newfold Digital, Inc. respond to its information subpoena.

This Motion is based upon the grounds set forth in the attached memorandum, the Declaration of Michael D. Steger, attached exhibits, all prior pleadings in this action, and any argument which the Court may hear on this matter.

                Respectfully submitted,

Dated: May 10, 2023
                By: /s/ Megan Abner
                Megan Abner
                mabner@steger-law.com
                Michael D. Steger
                msteger@steger-law.com
                LAW OFFICES OF MICHAEL D. STEGER P.C.
                30 Ramland Road, Suite 201
                Orangeburg, NY 10962
                (845) 359-4600
                (845) 638-2707 (fax)
                Attorneys for Plaintiff and Judgment Creditor
                Andrew Prokos